```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CONSTANCE HAUMAN, *et al.*,　　　　　　　　　：
　　　　　　　　　　　　　　　　　　　　　　：
　　　　　　　　　　　　Plaintiff,　　　：
　　　　　　　　　　　　　　　　　　　　　　：　　　1:23-cv-6366-GHW
　　　　　　　-against-　　　　　　　　：
　　　　　　　　　　　　　　　　　　　　　　：　　　ORDER
MIASHA FISHER,　　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　　　　　：
　　　　　　　　　　　　Defendant.　　：
-------------------------------------------------------------:
　　　　　　　　　　　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　　　　　X

GREGORY H. WOODS, United States District Judge:

　　On July 25, 2023, the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than August 8, 2023.  Dkt. No. 8.  Neither document has been submitted.  Accordingly, the parties are directed to comply with the Court's July 25, 2023 order forthwith, and in no event later than August 15, 2023.

　　SO ORDERED.

Dated:  August 9, 2023　　　　　　　　　　　　_____
New York, New York　　　　　　　　　　　　　　　　　GREGORY H. WOODS
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge