UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/2023
```

--------------------------------------------------------------- X
                         :
CONSTANCE HAUMAN, *et al.*,        :
                         :
              Plaintiffs,  :        1:23-cv-6366-GHW
                         :
          -v -         :         ORDER
                         :
MIASHA FISHER,            :
                         :
              Defendant.  :
                         :
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    The Court understands that because Defendant has not appeared, parties cannot respond to the orders at Dkt. Nos. 8, 11. Counsel is relieved from those orders and any associated deadlines.

    Plaintiff's counsel left a voicemail with the Court's chambers on August 9, 2023. In accordance with the Court's Individual Rules of Practice in Civil Cases, if counsel wishes to communicate with the Court, he must do so by filing a letter on the docket. The Court does not accept ex parte communications, nor will the Court take action in response to voicemail messages.

    Plaintiff's counsel is instructed to serve this order on Defendant and retain proof of service.

    SO ORDERED.

Dated: August 10, 2023
      New York, New York

                               _____
                                 GREGORY H. WOODS
                             United States District Judge