```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Constance Hauman and Channel Creations LLC d/b/a Isotopia Records,

                Plaintiffs,

-against-

Miasha Fisher,

                Defendant.

1:23-cv-06366 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered as follows:

1. The deadline for Defendant to respond to the Complaint is extended until September 22, 2023. Defendant shall file her anticipated motion to dismiss (or any other appropriate response to the Complaint) no later than that date.

2. Assuming Defendant timely files a motion to dismiss, Plaintiffs shall file their opposition no later than October 6, 2023 and Defendant shall file any reply no later than October 13, 2023.

SO ORDERED.

Dated:    New York, New York
           September 6, 2023

_____
STEWART D. AARON
United States Magistrate Judge