USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
     :
CONSTANCE HAUMAN, *et al.*,     :
     :
               Plaintiffs, :    1:23-cv-6366-GHW
     :
    -v -     :    <u>ORDER</u>
     :
MIASHA FISHER,     :
     :
               Defendant. :
     :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     As described more fully at the September 18, 2023 conference, Plaintiffs' motion for preliminary injunctive relief is DENIED. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 13.

SO ORDERED.

Dated: September 18, 2023　　　　　　　　　　　　　_____
New York, New York　　　　　　　　　　　　　　　　GREGORY H. WOODS
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge